LEOPOLD WISE et al., Appellants, *v.* ANDREW W. MORGAN, Respondent.

(Argued October 25, 1886 ; decided December 7, 1886.)

*Raphael J. Moses, Jr.,* for appellant.

*P. H. Vernon* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.